UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>ROBERT JOHN CORRY<br><br>California State Bar #171979 | CASE NO.  MC-10-198 ABC<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

The Court has received information that the above-referenced attorney has been restored to active status as a member of the State Bar of California. Accordingly, IT IS ORDERED that the Order to Show Cause dated June 2, 2010 is vacated with respect to the above-referenced attorney, who shall remain an active member of this Court.

A copy of this Order is being served pursuant to Federal Rule of Civil Procedure 5 to the above-referenced attorney at the current address on file with the State Bar of California as of June 2, 2010.

DATE: July 16, 2010

Audrey B. Collins
Chief United States District Judge